IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HOBART CORPORATION, *et al.*, | ) | CASE NO. 3:12-cv-00213-WHR |
| | ) | |
| Plaintiffs, | ) | JUDGE WALTER H. RICE |
| | ) | |
| v. | ) | |
| | ) | |
| COCA-COLA ENTERPRISES, INC., *et al.*, | ) | **DEFENDANT DAP PRODUCTS** |
| | ) | **INC.'S CORPORATE DISCLOSURE** |
| Defendants. | ) | **STATEMENT** |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any nongovernmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of DAP Products Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

X YES ___ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

DAP Products Inc. is an indirect subsidiary of RPM International Inc., a publicly owned corporation.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

X YES ___ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

DAP Products Inc. is an indirect subsidiary of RPM International Inc., a publicly owned corporation.

                                            Respectfully submitted,

                                            */s/ William E. Coughlin*
                                            WILLIAM E. COUGHLIN (0010874)
                                            Trial Attorney
                                            SUSAN R. STROM (0043734)
                                            RONALD M. McMILLAN (0072437)
                                            CALFEE, HALTER & GRISWOLD LLP
                                            The Calfee Building
                                            1405 East Sixth Street
                                            Cleveland, Ohio 44114-1607
                                            (216) 622-8200
                                            (216) 241-0816 – Facsimile
                                            *wcoughlin@calfee.com*
                                            *sstrom@calfee.com*
                                            *rmcmillan@calfee.com*

                                            Attorneys for Defendant DAP Products Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2012, the foregoing **DEFENDANT DAP PRODUCTS INC.'S CORPORATE DISCLOSURE STATEMENT** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ William E. Coughlin*
One of the Attorneys for Defendant